IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:07-cr-00169-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WALLACE THOMAS LESTER,<br>　　　　　　　　　　Defendant. | **ORDER TO SEAL RESPONSE**<br>**D.E. 119** |

The United States has moved this Court for an Order to Seal D.E. 119, the response of the United States to Defendant's Motion for Compassionate Release.

For good cause shown, to include the presence of sensitive sentencing and medical information within D.E. 119, the Defendant's right to privacy outweighs the public's right to access the documents.

It is therefore ORDERED that D.E. 119 be accepted and filed under seal.

This **24** day of ~~August~~ September, 2021.

　　　　　　　　　　_____
　　　　　　　　　　JAMES C. DEVER III
　　　　　　　　　　United States District Judge